IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL No. 3:19-00161-DPJ-LRA

DIEGO MIGUEL-MIGUEL

<u>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

Now comes D. Michael Hurst, Jr., United States Attorney in and for the Southern District of Mississippi, and respectfully represents:

THAT **DIEGO MIGUEL-MIGUEL**, now detained in Catahoula Correctional Center in Harrisonburg, Louisiana, 499 Old Columbia Road, Harrisonburg, Louisiana 71340 is a defendant in this cause, and his presence is required in the Southern District of Mississippi at Jackson, Mississippi, on **Monday, September 30, 2019 at 8:00 a.m.**, for certain proceedings in regard to the above-mentioned criminal action wherein he is a defendant.

WHEREFORE, premises considered, petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be issued directing Catahoula Correctional Center in Harrisonburg, Louisiana, 499 Old Columbia Road, Harrisonburg, Louisiana 71340 to deliver the body of **DIEGO MIGUEL-MIGUEL**, to any United States Marshal, or his deputy, and have him there in this cause beginning on **Monday, September 30, 2019 at 8:00 a.m.**, for certain proceedings and thereafter at such times and places as required, it being ordered specifically herein that this Petition shall remain in full force and effect for delivery of the defendant to this Court at proceedings conducted in this cause until the case is disposed of, and thereafter any United States Marshal, or his deputy, shall return the aforesaid defendant to the Catahoula Correctional Center in Harrisonburg, Louisiana, 499 Old Columbia Road, Harrisonburg, Louisiana 71340 under safe and secure conduct.

And your petitioner further prays for such other and further orders as may be necessary in the premises.

Date: <u>September 30, 2019</u>

Respectfully submitted,
D. MICHAEL HURST, JR.
United States Attorney

By: *Charles W. Kirkham*
Charles W. Kirkham
Assistant U.S. Attorney
MSB# 102022